490

395 A.2d 1017
Commonwealth v. Stanton, Appellant.

Sub-mitted June 12, 1978. James P. Gregor, for appellant; Karl Wagner, District Attorney, for Commonwealth, appellee.

Order denying post-conviction relief is affirmed.

JACOBS, P. J., dissented.

HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1017
Commonwealth v. Vorhauer, Appellant.

Submitted December 6, 1977. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.